UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MOUNT VERNON FIRE INSURANCE CO.,
a foreign corporation,

    Plaintiff,                                                      CASE No.: 1:23-cv-22229-RKA

vs.

12590 CORONADO TOWERS CONDOMINIUM, INC.,
BONAFIDE MANAGEMENT GROUP, INC., BONAFIDE
MANAGEMENT GROUP, LLC, MARTHA CUESTA DE
DIAZ and DIAZ CUESTA ASSET MANAGEMENT,
LLC,

    Defendants.

GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,

    Plaintiff-Intervenor,

v.

12590 CORONADO TOWERS CONDOMINIUM, INC.,
BONAFIDE MANAGEMENT GROUP, INC.,
BONAFIDE MANAGEMENT GROUP, LLC,
MARTHA CUESTA DE DIAZ, DIAZ CUESTA ASSET
MANAGEMENT, LLC, DAWNUS LLC d/b/a PMI TOP FLORIDA
PROPERTIES,-and MOUNT VERNON FIRE INSURANCE CO.,

    Defendants in Intervention

12590 CORONADO TOWERS CONDOMINIUM, INC.,

    Third-Party Plaintiff,

    v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

    Third-Party Defendant.
_____/

**JOINT STATUS REPORT**

11924\320205396.v1

Plaintiff, Mount Vernon Fire Insurance Co. ("Mt. Vernon"), Defendants, Coronado Towers Condominium, Inc., ("Coronado"), Bonafide Management Group, Inc., Bonafide Management Group, LLC (collectively "Bonafide"), Plaintiff-Intervenor, Great American Insurance Company ("GAIC"), and Third-Party Defendant, Philadelphia Indemnity Insurance Company (hereinafter collectively, "the Parties"), jointly file this Status Report pursuant to the Court's Order dated February 7, 2024 (D.E. 29), and state as follows:

1. This is an insurance declaratory judgment action seeking a declaration from this Court regarding defense and indemnity obligations regarding an underlying action pending in Miami-Dade Circuit Court, styled Martha Cuesta Diaz, et. al. v. 12590 Coronado Towers Condo., Inc., et al., Case No. 2021-022394-CA-01, ECF No. 1 ("Underlying Action").

2. On January 17, 2024, the Parties and their counsel attended a mediation conference with mediator Jill Berman, Esq. Following the mediation conference, the Parties reached an agreement in principle settle all outstanding claims which would, in turn, resolve the present declaratory judgment action as well as the Underlying Action.

3. On February 7, 2024, on the Court's review of the Mediator's Report and Request for Additional Stay Pending Settlement (D.E. 78), the Court entered an Order staying all pending deadlines and ordered the Parties to file a Joint Report as to when the matter will be resolved.

4. The Parties and their counsel are actively working with counsel involved in the Underlying Action to obtain settlement approval on a class basis, which includes preparation and finalization of a formal settlement agreement, retention of a claims administrator to assist in the class action settlement.

5.	Given that there are several claims and multiple lawsuits at issue with respect to the settlement, and the Underlying Action is a class action lawsuit which requires court approval of the proposed settlement by the court, this process is anticipated to take at least 6-8 weeks.

6.	Rather than incur further litigation expense in this matter, with the finalization of the settlement imminent, the Parties request that this Court continue to stay all proceedings for a period of sixty (60) days so that the Parties may continue the settlement process.

7.	The Parties can submit status reports to the Court every 30-days to provide the Court with an update on the approval of the proposed class action settlement by the court in the Underlying Action.

Dated: February 14, 2024

Respectfully Submitted,

| | |
|---|---|
| HINSHAW & CULBERTSON LLP | GIULIANO LAW GROUP, P.A |
| 201 East Las Olas Boulevard, Suite 1450 | 121 S. Orange Avenue, Suite 1500 |
| Ft. Lauderdale, FL 33301 | Orlando, FL 32801 |
| Tel: (954) 375-1130 | Tel: (321) 754-5290 |
| Fax: (954) 467-1024 | Fax: (321) 400-1055 |
| | |
| /s/ *Stephanie H. Carlton* | /s/ *Nicole W. Giuliano (with consent)* |
| Gary I. Khutorsky | Nicole W. Giuliano, Esq. |
| Florida Bar No. 814271 | Florida Bar No. 71067 |
| Stephanie H. Carlton | nicole@glgpa.com |
| Florida Bar No. 123763 | *Attorneys for Defendant* |
| gkhutorsky@hinshawlaw.com | *12590 Coronado Towers Condominium, Inc.* |
| scarlton@hinshawlaw.com | |
| *Attorneys for Plaintiff* | |
| *Mount Vernon Fire Insurance Co.* | |

| | |
|---|---|
| VER PLOEG & MARINO, P.A.<br>100 S.E. Second Street, Suite 3300<br>Miami, Florida 33131<br>Tel: (305) 577-3996<br>Fax: (305) 577-3558 | CARLTON FIELDS JORDEN BURT, P.A.<br>100 S.E. Second Street, Suite 4200<br>Miami, FL 33131<br>Tel: (305) 530-0050 |
| */s/ Christine A. Gudaitis (with consent)*<br>Christine A. Gudaitis, Esq.<br>Florida Bar No. 0502693<br>cgudaitis@vpm-legal.com<br>jpacheco@vpm-legal.com<br>*Attorneys for Defendants Bonafide Management Group, Inc. and Bonafide Management Group, LLC* | */s/ Daniel Gonzalo Enriquez (with consent)*<br>Daniel Gonzalo Enriquez<br>Florida Bar No. 85864<br>DEnriquez@CFJBLaw.com<br>*Attorney for Intervenor Plaintiff, Great American Insurance Company* |

Traub Lieberman Straus Shrewsberry, LLC
51 1st St S
Saint Petersburg, FL 33701
*Attorney for Third Party Defendant,
Philadelphia Indemnity Insurance Company*

*/s/ Lauren S. Curtis (with consent)*
Lauren S. Curtis
Florida Bar No. 150940
lcurtis@tlsslaw.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 14th day of February, 2024 on all counsel of record.

> */s/* Stephanie H. Carlton
> **Stephanie H. Carlton, Esq.**

11924\320205396.v1