UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MOUNT VERNON FIRE INSURANCE CO.,
a foreign corporation,

    Plaintiff,                                               CASE No.: 1:23-cv-22229-RKA

vs.

12590 CORONADO TOWERS CONDOMINIUM,
INC., BONAFIDE MANAGEMENT GROUP, INC.,
BONAFIDE MANAGEMENT GROUP, LLC,
MARTHA CUESTA DE DIAZ and DIAZ CUESTA
ASSET MANAGEMENT, LLC,

    Defendants.

GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,

        Plaintiff-Intervenor,

v.

12590 CORONADO TOWERS CONDOMINIUM, INC.,
BONAFIDE MANAGEMENT GROUP, INC.,
BONAFIDE MANAGEMENT GROUP, LLC,
MARTHA CUESTA DE DIAZ, DIAZ CUESTA ASSET
MANAGEMENT, LLC, DAWNUS LLC d/b/a PMI TOP FLORIDA
PROPERTIES,-and MOUNT VERNON FIRE INSURANCE CO.,

        Defendants in Intervention

12590 CORONADO TOWERS CONDOMINIUM, INC.,

    Third-Party Plaintiff,

    v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

    Third-Party Defendant.

_____/

# STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, Mount Vernon Fire Insurance Co. ("Mt. Vernon"), Defendants, Coronado Towers Condominium, Inc., ("Coronado"), Bonafide Management Group, Inc., Bonafide Management Group, LLC (collectively "Bonafide"), Plaintiff-Intervenor, Great American Insurance Company ("GAIC"), and Third-Party Defendant, Philadelphia Indemnity Insurance Company (hereinafter collectively, "the Parties"), that the above-styled action is dismissed **WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs, conditioned upon the Court entering an order retaining jurisdiction to enforce the terms of the Parties settlement agreement.

Dated: April 29, 2024

Respectfully Submitted,

| | |
|---|---|
| HINSHAW & CULBERTSON LLP<br>201 East Las Olas Boulevard, Suite 1450<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 375-1130<br>Fax: (954) 467-1024<br><br>/s/ *Stephanie H. Carlton*<br>Gary I. Khutorsky<br>Florida Bar No. 814271<br>Stephanie H. Carlton<br>Florida Bar No. 123763<br>gkhutorsky@hinshawlaw.com<br>scarlton@hinshawlaw.com<br>*Attorneys for Plaintiff* | GIULIANO LAW GROUP, P.A<br>121 S. Orange Avenue, Suite 1500<br>Orlando, FL 32801<br>Tel: (321) 754-5290<br>Fax: (321) 400-1055<br><br>*/s/ Nicole W. Giuliano (with consent)*<br>Nicole W. Giuliano, Esq.<br>Florida Bar No. 71067<br>nicole@glgpa.com<br>*Attorneys for Defendant*<br>*12590 Coronado Towers Condominium, Inc.* |

*Mount Vernon Fire Insurance Co.*

| | |
|---|---|
| VER PLOEG & MARINO, P.A. | CARLTON FIELDS JORDEN BURT, P.A. |
| 100 S.E. Second Street, Suite 3300 | 100 S.E. Second Street, Suite 4200 |
| Miami, Florida 33131 | Miami, FL 33131 |
| Tel: (305) 577-3996 | Tel: (305) 530-0050 |
| Fax: (305) 577-3558 | |
| | |
| */s/ Christine A. Gudaitis (with consent)* | */s/ Daniel Enriquez (with consent)* |
| Christine A. Gudaitis, Esq. | Daniel Gonzalo Enriquez |
| Florida Bar No. 0502693 | Florida Bar No. 85864 |
| cgudaitis@vpm-legal.com | DEnriquez@CFJBLaw.com |
| jpacheco@vpm-legal.com | *Attorney for Intervenor Plaintiff, Great American Insurance Company* |
| *Attorneys for Defendants Bonafide Management Group, Inc. and Bonafide Management Group, LLC* | |

Traub Lieberman Straus Shrewsberry, LLC
51 1st St S
Saint Petersburg, FL 33701
*Attorney for Third Party Defendant, Philadelphia Indemnity Insurance Company*

*/s/ Lauren S. Curtis (with consent)*
Lauren S. Curtis
Florida Bar No. 150940
lcurtis@tlsslaw.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 29th day of April, 2024 on all counsel of record.

> */s/ Stephanie H. Carlton*
> **Stephanie H. Carlton, Esq.**